# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152912(33)

POWELL MOVING AND STORAGE, INC.,
      Employer-Appellant,

v

       SC: 152912
       COA: 327449
       Kent CC: 2014-011098-AE

DEPARTMENT OF TALENT AND ECONOMIC
DEVELOPMENT, UNEMPLOYMENT
INSURANCE AGENCY,
      Appellee.
_____/

      On order of the Chief Justice, the motion of appellee to extend the time to file its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before February 17, 2016.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2016 _____

